IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones, Rodney | Case Number: 07 B 09030 |
| | Judge: Hollis, Pamela S |
| Printed: 12/28/07 | Filed: 5/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: November 14, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,200.17 | |
| Secured: | | 800.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,281.36 |
| Trustee Fee: | | 118.81 |
| Other Funds: | | 0.00 |
| Totals: | 2,200.17 | 2,200.17 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,164.00 | 1,281.36 |
| 2. | Triad Financial Services | Secured | 25,602.00 | 800.00 |
| 3. | Premier Bankcard | Unsecured | 71.93 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 167.55 | 0.00 |
| 5. | CitiFinancial Auto Credit Inc | Unsecured | 1,100.44 | 0.00 |
| 6. | B-Real LLC | Unsecured | 72.68 | 0.00 |
| 7. | HomeComings Financial Network | Secured | | No Claim Filed |
| 8. | HomeComings Financial Network | Secured | | No Claim Filed |
| 9. | Budget Construction Company | Secured | | No Claim Filed |
| 10. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 11. | US Cellular | Unsecured | | No Claim Filed |
| 12. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 13. | Credit One Bank | Unsecured | | No Claim Filed |
| 14. | Fox River Contract | Unsecured | | No Claim Filed |
| 15. | MCI Residential | Unsecured | | No Claim Filed |
| 16. | Silverleaf Resorts Inc | Unsecured | | No Claim Filed |
| 17. | Bell General Office CU | Unsecured | | No Claim Filed |
| 18. | First Premier Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 30,178.60 | $ 2,081.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 118.81 |
| | _____ |
| | $ 118.81 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jones, Rodney

Printed:  12/28/07

Case Number:  07 B 09030
Judge:  Hollis, Pamela S
Filed:  5/17/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

